# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MOSONGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00822-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT AND CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 7)<br><br>DEADLINE: JANUARY 21, 2025 |

　　　　On July 16, 2024, Amber Mosongo ("Plaintiff") filed this action against the United States Citizenship and Immigration Services and Ur M. Jaddou ("Defendants") challenging the decision to revoke an I-130 petition Plaintiff filed on behalf of her spouse. (ECF No. 1.) On July 17, 2024, an order issued setting the mandatory scheduling conference for November 26, 2024. (ECF No. 4.) On September 19, 2024, the parties filed a stipulation to extend time for a responsive pleading to be filed as Plaintiff's I-130 petition is to be reopened and the parties anticipate it may moot this matter. (ECF No. 7.)

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to Plaintiff's complaint on or before **January 21, 2025**;

2. The scheduling conference set for November 26, 2024 is CONTINUED to **March 13,**

**2025, at 1:30 p.m.**, in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: __**September 20, 2024**__

UNITED STATES MAGISTRATE JUDGE

2